**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-6567**

_____

WILLIAM LAMAR BONNER, a/k/a William Bonner,

              Petitioner - Appellant,

     v.

M. L. RIVERA, Warden FCI Estill,

              Respondent - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Anderson.  G. Ross Anderson, Jr., Senior District Judge.  (8:07-cv-01498-GRA)

_____

Submitted:  July 30, 2009          Decided:  August 5, 2009

_____

Before MOTZ, KING, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William Lamar Bonner, Appellant Pro Se.  Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Lamar Bonner, a federal prisoner, appeals the district court's order denying relief on Bonner's Fed. R. Civ. P. 60(b) motion seeking reconsideration of the denial of his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Bonner v. Rivera</u>, No. 8:07-cv-01498-GRA, (D.S.C. Feb. 12, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>